**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>                )<br>    v. )<br>                )<br>RENEE MOWERY, )<br>        Defendant. ) | CAUSE NO.: 1:17-CR-47-TLS-PRC |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON PLEAS OF GUILTY BY DEFENDANT RENEE MOWERY**

TO:   THE HONORABLE THERESA L. SPRINGMANN,
       UNITED STATES DISTRICT COURT

Upon Defendant Renee Mowery's request to enter pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on February 1, 2018, with the consent of Defendant Renee Mowery, counsel for Defendant Renee Mowery, and counsel for the United States of America.

The hearing on Defendant Renee Mowery's pleas of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Renee Mowery under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Renee Mowery,

I FIND as follows:

(1) that Defendant Renee Mowery understands the nature of the charges against her to which the pleas are offered;

(2) that Defendant Renee Mowery understands her right to trial by jury, to persist in her pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and

against compelled self-incrimination;

(3) that Defendant Renee Mowery understands what the maximum possible sentences are, including the effect of the supervised release terms, and Defendant Renee Mowery understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by Defendant Renee Mowery have been knowingly and voluntarily made and are not the result of force or threats or of promises;

(5) that Defendant Renee Mowery is competent to plead guilty;

(6) that Defendant Renee Mowery understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there are factual bases for Defendant Renee Mowery's pleas; and further,

I RECOMMEND that the Court accept Defendant Renee Mowery's pleas of guilty to the offenses charged in the Indictment and that Defendant Renee Mowery be adjudged guilty of the offenses charged in the Indictment and have sentences imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Defendant Renee Mowery be adjudged guilty, a sentencing date before the presiding judge will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 1st day of February, 2018.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc:   Honorable Theresa L. Springmann